**Motion Granted; Opinion issued January 14, 2014, Withdrawn; Appeals Reinstated; Order filed February 11, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00400-CR
## NO. 14-13-00401-CR
_____

**JOHN DARIAN THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause Nos. 1317477 & 1373625**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes these appeals are wholly frivolous and without merit. Appellant has made known to this Court his desire to review the records and file a pro se brief. *See Anders v.*

*California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

We **GRANT** appellant's request, **ORDER** our opinion issued January 14, 2014, **WITHDRAWN,** our judgment of that date **VACATED,** and the appeals **REINSTATED.**

Accordingly, we hereby direct the Judge of the 228th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **February 28, 2014;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.

PER CURIAM